UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

BUILDERS GROUP, LLC, d/b/a BUILDERS : 
GROUP TECHNOLOGIES,                 :    CIVIL ACTION NO.:
                                    :
                Plaintiff,                 :
                                    :
    -against-                         :    CIVIL ACTION
                                    :
QWEST COMMUNICATIONS                :    RULE 7.1 STATEMENT
CORPORATION,                        :
                                    :
                Defendant.                 :
                                    :
-------------------------------------------------------

**JUDGE BATTS**

**07 CIV 5464**



RECEIVED
JUN 0 8 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, Qwest Communications Corporation, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

Qwest Communications International Inc.

Qwest Capital Funding Inc.

Qwest Corporation

Qwest Asset Management Co.

Qwest Interprise America, Inc.

Qwest Services Corporation

Dated: June 8, 2007
       New York, New York

                                      DRINKER BIDDLE & REATH LLP
                                      Attorneys for Defendant
                                      Qwest Communications Corporation

                                      _____
                                      Stephen R. Long (SL 4501)
                                      Drinker Biddle & Reath LLP
                                      500 Campus Drive

        Florham Park, New Jersey 07932-1047
        (973) 360-1100

        - and -

        Paul J. Labov (PL 8111)
        Drinker Biddle & Reath LLP
        140 Broadway, 39th Floor
        New York, New York 10005
        (212) 248-3140