Stephen R. Long (SL 4501)
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100

—and—

Paul J. Labov (PL 8111)
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

*Counsel for Defendant*
*Qwest Communications Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
:
BUILDERS GROUP, LLC, d/b/a            :
BUILDERS GROUP TECHNOLOGIES,   :
:
                Plaintiff,   :
:   CIVIL ACTION NO. 07-05464-DAB
   v.                                                         :
:
QWEST COMMUNICATIONS             :
CORPORATION,                                    :
:
                Defendant.   :
------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS            )
                              ) ss.:
COUNTY OF COOK            )

    I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

    1.     The Affiant is not a party to the action, is over 18 years of age, and is a legal assistant with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Chicago, Illinois 60606.

NY01/ 6009715.1

2.	On June 8, 2007, I caused a true and correct copy of NOTICE OF REMOVAL, to be served via First Class Mail, postage prepaid, on the party listed on the attached service list.

3.	On June 8, 2007, I also caused true and correct copies of (a) INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, (b) INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS, (c) UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, (d) UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PROCEDURES FOR ELECTRONIC CASE FILING, and (e) UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK GUIDELINES FOR ELECTRONIC CASE FILING, to be served via First Class Mail, postage prepaid, on the party listed on the attached service list.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel Northrop_____
　　　　　　　　　　　　　　　　　　　　　　　　**Daniel Northrop**

Sworn to before me this 8th
day of June 2007.

 /s/ Shauna West_____
Notary Public

My commission expires: 05/05/08

## SERVICE LIST

Henry J. Bergman, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
New York, New York 10019

NY01/ 6009715.1