# DrinkerBiddle&Reath LLP



Stephen R. Long
973-549-7280
Stephen.long@dbr.com

*Law Offices*

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

June 12, 2007

**Via Hand Delivery**

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street
Room 2510
New York, NY 10007

Re:  Builders Group LLC d/b/a Builders Group Technologies v. Qwest
     Communications Corporation
     Civil Action No. 07 CIV 5464 (DAB)

Dear Judge Batts:

   We represent defendant, Qwest Communications Corporation, in the captioned action. Last Friday, June 8, 2007, we timely removed this action from the Supreme Court of New York to this Court. We are writing with the consent of Henry J. Bergman, Esq., counsel for plaintiff, to request a 30-day extension of time within which Qwest may file and serve a response to the Complaint. This is Qwest's first request for an extension of time. Pursuant to Rule 81(c), Qwest's response to the Complaint would otherwise be due this Friday, June 15. With the requested extension, the response would be due on July 16.

*[handwritten: DAB/ GRANTED June 13, 20]*

   As Mr. Bergman and I discussed yesterday, the parties intend to use the extension period to explore settlement prospects. We appreciate Your Honor's consideration of this request.

                                          Respectfully,

                                          *[signature]*
                                          Stephen R. Long
                                          (SL 4501)

Edward Gramigna, Jr.
Partner responsible for
Florham Park Office

cc: Henry J. Bergman, Esq. (by fax and regular mail)

*Established 1849*

**SO ORDERED**



DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE



RECEIVED
JUN 12 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

SFNJ1 1177748v1

