UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| BUILDERS GROUP LLC, d/b/a BUILDERS GROUP TECHNOLOGIES, | 1:07-cv-5464 (DAB) |
| Plaintiff, | CIVIL ACTION |
| -against- | ECF CASE |
| QWEST COMMUNICATIONS CORPORATION, | NOTICE OF MOTION TO STAY ACTION AND COMPEL ARBITRATION |
| Defendant. | |

--------------------------------------------------------

PLEASE TAKE NOTICE that, upon the annexed Affidavits of Stephen R. Long and Robert Bachmeier, and the exhibits thereto, and the accompanying Memorandum of Law, Defendant Qwest Communications Corporation ("Qwest"), will move this Court before The Honorable Deborah A. Batts at the Courthouse, 500 Pearl Street, New York, New York 10007 for an order granting the following relief:

1. Staying all proceedings in this action pursuant to 9 U.S.C. §3;

2. Compelling the parties to submit the matters in dispute in this action to arbitration subject to the terms and conditions of their written agreement and pursuant to 9 U.S.C. §4; and

3. For such other and further relief as to the Court may deem just and proper.

DRINKER BIDDLE & REATH LLP

Dated: August 23, 2007
       New York, New York

By: s/ Stephen R. Long
    Stephen R. Long (SL 4501)
    140 Broadway, 39th Floor
    New York, New York 10005
    (212) 248-3140
    Attorneys for Defendant
    Qwest Communications Corporation

- 2 -

To: Henry J. Bergman, Esq.
 Moses & Singer LLP
 Attorneys for plaintiff,
 Builders Group LLC, d/b/a Builders Group Technologies
 405 Lexington Avenue
 New York, NY 10174
 (212) 554-7800

SFNJ1 1188453v1