UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
BUILDERS GROUP LLC, d/b/a BUILDERS :    1:07-cv-5464 (DAB)
GROUP TECHNOLOGIES, :
                     Plaintiff, :    CIVIL ACTION
:
    -against- :    ECF CASE
:
QWEST COMMUNICATIONS :    NOTICE OF MOTION TO STAY
CORPORATION, :    ACTION AND COMPEL
:    ARBITRATION
                     Defendant. :
:
------------------------------------------------------------ :

        PLEASE TAKE NOTICE that, upon the annexed Affidavits of Stephen R. Long and Robert Bachmeier, and the exhibits thereto, and the accompanying Memorandum of Law, Defendant Qwest Communications Corporation ("Qwest"), will move this Court before The Honorable Deborah A. Batts at the Courthouse, 500 Pearl Street, New York, New York 10007 for an order granting the following relief:

        1.      Staying all proceedings in this action pursuant to 9 U.S.C. §3;

        2.      Compelling the parties to submit the matters in dispute in this action to arbitration subject to the terms and conditions of their written agreement and pursuant to 9 U.S.C. §4; and

        3.      For such other and further relief as to the Court may deem just and proper.

                                                          DRINKER BIDDLE & REATH LLP

Dated: August 23, 2007
        New York, New York        By:    s/ Stephen R. Long
                                                 Stephen R. Long (SL 4501)
                                                 140 Broadway, 39th Floor
                                                 New York, New York 10005
                                                 (212) 248-3140
                                                 Attorneys for Defendant
                                                 Qwest Communications Corporation

- 2 -

To:  Henry J. Bergman, Esq.
    Moses & Singer LLP
    Attorneys for plaintiff,
    Builders Group LLC, d/b/a Builders Group Technologies
    405 Lexington Avenue
    New York, NY  10174
    (212) 554-7800

SFNJ1 1188453v1