Stephen R. Long (SL 4501)
Paul J. Labov (PL 8111)
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

*Attorneys for Defendant*
*Qwest Communications Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| BUILDERS GROUP LLC, d/b/a BUILDERS GROUP TECHNOLOGIES, | : |
| Plaintiff, | : **CIVIL ACTION NO. 1:07-cv-5464 (DAB)** |
| -against- | : **ECF CASE** |
| QWEST COMMUNICATIONS CORPORATION, | : |
| Defendant. | : |

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY   )
                      ) ss.
COUNTY OF MORRIS      )

I, STEPHEN R. LONG, having been duly sworn according to law, depose, and say:

1. The Affiant is not a party to the action, is over 18 years of age, and is a partner with the law firm of Drinker Biddle & Reath LLP, attorneys for defendant, Qwest Communications Corporation, 140 Broadway, 39th Floor, New York, New York 10005.

2. On August 23, 2007, I caused true and correct copies of Qwest Communications Corporation's Notice of Motion to Stay Action and Compel Arbitration, the Affidavit of Robert Bachmeier in Support of Motion to Stay Action and Compel Arbitration, the Affidavit of Stephen R. Long in Support of Motion to Stay Action and Compel Arbitration and the Brief in

Support of Qwest's Motion to Stay Action and Compel Arbitration, to be served via electronic mail and via first class mail, postage prepaid, on the party listed on the attached service list.

s/ Stephen R. Long<br>
Stephen R. Long (SL 4501)<br>
Drinker Biddle & Reath LLP<br>
140 Broadway, 39th Floor<br>
New York, New York  10005<br>
(212) 248-3140

Sworn to before me this 23rd
day of August, 2007

s/ Catherine M. Oechsli
Notary Public
My Commission Expires 5/19/08

## SERVICE LIST

Henry J. Bergman, Esq.
Moses & Singer LLP
Attorneys for Plaintiff,
Builders Group LLC
1301 Avenue of the Americas
New York, New York  10019