UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
BUILDERS GROUP LLC, d/b/a BUILDERS　　　:
GROUP TECHNOLOGIES,
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　　　　　:　CIVIL ACTION NO. 1:07-cv-5464 (DAB)
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　-against-　　　　　　　　　　　　　　　　　　:　ECF CASE
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
QWEST COMMUNICATIONS　　　　　　　　　　　:
CORPORATION,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------　:


## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY　　)
　　　　　　　　　　　　　　　　) ss.
COUNTY OF MORRIS　　　　)

　　　I, STEPHEN R. LONG, having been duly sworn according to law, depose, and say:

　　　1.　　The Affiant is not a party to the action, is over 18 years of age, and is a partner with the law firm of Drinker Biddle & Reath LLP, attorneys for defendant, Qwest Communications Corporation, 140 Broadway, 39th Floor, New York, New York 10005.

　　　2.　　On August 23, 2007, I caused true and correct copies of Qwest Communications Corporation's Notice of Motion to Stay Action and Compel Arbitration, the Affidavit of Robert Bachmeier in Support of Motion to Stay Action and Compel Arbitration, the Affidavit of Stephen R. Long in Support of Motion to Stay Action and Compel Arbitration and the Brief in Support of Qwest's Motion to Stay Action and Compel Arbitration (collectively "the Motion Documents"), to be served via first class mail, postage prepaid, on Henry J. Bergman, Esq., Moses & Singer LLP, attorneys for plaintiff in this cause, at 1301 Avenue of the Americas, New

- 2 -

York NY 10019. This was the address set forth on the Summons Mr. Bergman caused to be served on my client at the outset of this case on or about May 23, 2007.

3. On September 6, 2007, I received from the United States Postal Service the return of my first class mailing package containing the Motion Papers, stamped "Undeliverable as addressed, forwarding order expired."

4. Notwithstanding the address listed on the Summons, the Complaint served by plaintiffs along with the Summons lists the current address of Mr. Bergman's law firm – 405 Lexington Avenue, 12th Floor, New York NY 10174. It appears that my secretary created a mailing label to Mr. Bergman at the beginning of this case and inadvertently failed to update the mailing label address in our electronic document system before the Motion Papers were mailed to him. Accordingly the Motion Papers were incorrectly sent to Mr. Bergman's former address, as my initial Affidavit of Service accurately states, and returned to me today by the Postal Service.

5. On this 6th day of September 2007, I personally observed the labeling and delivery to a private courier of a package containing true and correct copies of the Motion Papers for hand delivery today to Mr. Bergman at his current address as listed below. As of the time of the making of this Affidavit, I have received confirmation from the courier service of the hand delivery to Mr. Bergman's office.

6. On this 6th day of September 2007, I personally transmitted true and correct electronic copies of the Motion Papers to Mr. Bergman at his office email address, hbergman@mosessinger.com.

- 3 -

s/ Stephen R. Long<br>
Stephen R. Long (SL 4501)<br>
Drinker Biddle & Reath LLP<br>
Attorneys for Defendant,<br>
Qwest Communications Corporation<br>
140 Broadway, 39th Floor<br>
New York, New York 10005<br>
(212) 248-3140

Sworn to before me this 6th
day of September, 2007

s/Patricia Gibbons
Notary Public of the State of New Jersey
My Commission Expires on March 11, 2008

## SERVICE LIST

Henry J. Bergman, Esq.
Moses & Singer LLP
Attorneys for Plaintiff,
Builders Group LLC
405 Lexington Avenue
12th Floor
New York, New York 10174