USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BUILDERS GROUP LLC, d/b/a BUILDERS
GROUP TECHNOLOGIES,

      Plaintiff,

 -against-

QWEST COMMUNICATIONS CORPORATION,

      Defendant.
------------------------------------------------------------x

Civil Action No.: 1:07-cv-5464(DAB)

ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Plaintiff's time to serve and file opposition to Defendant's motion to stay the action and compel arbitration is hereby extended to Wednesday, October 24, 2007; and

2. Defendant's time to serve and file reply papers is hereby extended to Wednesday, November 7, 2007.

This stipulation may be executed in counterparts and copies shall be deemed as originals.

Dated: New York, New York
   September 20, 2007

MOSES & SINGER LLP
*Attorneys for Plaintiff*

By: _____
 Henry J. Bergman
 Scott E. Silberfein (SS 1947)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
(212) 554-7800

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendant*

By: _____
 Stephen R. Long (SL 4501)
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

So-Ordered:

*Deborah A. Batts*
Hon. Deborah A. Batts, U.S.D.J.
September 26, 2007

630615v1 007568.0317