UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BUILDERS GROUP LLC, d/b/a BUILDERS
GROUP TECHNOLOGIES,

                        Plaintiff,

             -against-

QWEST COMMUNICATIONS CORPORATION,

                       Defendant.
------------------------------------------------------------------x

Civil Action No.: 1:07-cv-5464(DAB)

ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

    1. Plaintiff's time to serve and file opposition to Defendant's motion to stay the action and compel arbitration is hereby extended to Wednesday, October 31, 2007; and

    2. Defendant's time to serve and file reply papers is hereby extended to Wednesday, November 14, 2007.

This stipulation may be executed in counterparts and copies shall be deemed as originals.

Dated: New York, New York
        October 23, 2007

MOSES & SINGER LLP
*Attorneys for Plaintiff*

By: /s/ Scott E. Silberfein
    Henry J. Bergman
    Scott E. Silberfein (SS 1947)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
(212) 554-7800

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendant*

By: /s/
    Stephen R. Long (SL 4501)
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

So Ordered:

/s/ Deborah A. Batts
Hon. Deborah A. Batts, U.S.D.J.

649277v1  007568.0317