SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
HUGH O'KANE ELECTRIC CO., LLC,

                                        Plaintiff,               **NOTICE TO TAKE**
                                                                                **DEPOSITION UPON**
    -against-                                           **ORAL EXAMINATION**

GFJ CONSTRUCTION CORP, d/b/a BUILDERS
GROUP LLC d/b/a BUILDERS GROUP            Index No. 603933 /2003
TECHNOLOGIES and WESTSIDE OF
NEW YORK, LTD.,

                                        Defendants.
------------------------------------------------------------------x

       PLEASE TAKE NOTICE, that pursuant to Article 31 of the Civil Practice Law and Rules, plaintiff will take the testimony, upon oral examination, of non-party Qwest Communications Corp. before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the office of Martin Shaw, 350 Fifth Avenue, Suite 1225, New York, New York on January 10, 2006 at 10:00 a.m., with respect to evidence material and necessary in the prosecution of the claims in this action. A copy of the Subpoena Duces Tecem addressed to Qwest Communications Corp. is annexed hereto.

       The deposition will continue from day-to-day until completed. You are invited to attend and cross examine.

Dated: Syosset, New York
         December 13, 2005

                                                         _____
                                                         Daniel Gammerman, Esq.
                                                         Attorney for Plaintiff
                                                         6800 Jericho Turnpike, Suite 110W
                                                        Syosset, New York 11791
                                                        (516) 921-5600

TO: Scott Silberfein, Esq.
Moses & Singer LLP
Attorney for Defendants
405 Lexington Avenue
New York, New York 10174
(212) 554-7845

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
HUGH O'KANE ELECTRIC CO., LLC,

                            Plaintiff,

       -against-

GFJ CONSTRUCTION CORP, d/b/a BUILDERS
GROUP LLC d/b/a BUILDERS GROUP
TECHNOLOGIES and WESTSIDE OF
NEW YORK, LTD.,

                            Defendants.
-----------------------------------------------------------------x

**SUBPOENA DUCES TECUM**

Index No. 603933/2003

TO:    Qwest Communications Corp.
         60 Hudson Street
         New York, New York

       WE COMMAND YOU, to appear and attend before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the office of Martin Shaw, 350 Fifth Avenue, Suite 1225, New York, New York on January 10, 2006 at 10:00 a.m. and at any recessed or adjourned date to give testimony in this action on the part of plaintiff, and to bring with you, and produce at the time and place aforesaid, (1) all records of payment to by Qwest Communications ("Qwest") to defendants with respect to the project at 60 Hudson Street, New York, New York (the "Project") including but not limited to those related to (a) defendant's invoice number 0032230006 dated on or about February 6, 2002 in the approximate amount of $80,752.91, (b) defendant's invoice number 003224002 dated on or about February 4, 2002 in the approximate amount of $21,237.44, and (c) defendant's invoice number 0032240003 dated on or about February 5, 2002 in the approximate amount of $3,780.68, (2) correspondence between Qwest and any of defendants with respect to any defendant's demand(s) for payment in connection with the

Project, (3) the contract(s) entered into by Qwest and any of defendants with respect to the Project, and (4) the documents showing that the contract(s) between Qwest and any of defendants were guaranteed maximum price contracts.

PLEASE TAKE NOTICE that your presence is required because defendant alleges that it has not been paid in full by Qwest as a defense to one of the causes of action in the within action.

PLEASE TAKE FURTHER NOTICE that false swearing or failure to comply with this Subpoena is punishable as a contempt of Court.

Dated: Syosset, New York
       December 13, 2005

Daniel Gammerman, Esq.
Attorney for Plaintiff
6800 Jericho Turnpike, Suite 110W
Syosset, New York 11791
(516) 921-5600

Enclosure: $18 Witness Fee

2

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510 www.aslegal.com

*Index No:*                *Year 20*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

HUGH O'KANE ELECTRIC CO., LLC,

                                    Plaintiff,

           -against-

GFG CONSTRUCTION CORP. d/b/a
BUILDERS GROUP LLC et al.,

                                    Defendants.

**SUBPOENA DUCES TECUM**

**DANIEL GAMMERMAN, ESQ.**

*Attorney for*     Plaintiff

6800 JERICHO TURNPIKE
SUITE 110W
SYOSSET, NEW YORK 11791
TEL. (516) 921-5600
FAX (516) 921-5666

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* ....................................    Signature..................................................................................

                                     Print Signer's Name..........................................................................

*Service of a copy of the within*                                               *is hereby admitted.*

*Dated:*

                                      ........................................................................................................

                                            *Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**    that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on             20

☐ **NOTICE OF SETTLEMENT**    that an Order of which the within is a true copy will be presented for settlement to the Hon.                              one of the judges of the within named Court, at
on                     20     , at           M.

*Check Applicable Box*

*Dated:*                                                                                     **DANIEL GAMMERMAN, ESQ.**
                                   *Attorney for*

                                                                                  6800 JERICHO TURNPIKE
                                                                                  SUITE 110W
                                                                                  SYOSSET, NEW YORK 11791
                                                                                  TEL. (516) 921-5600

Index No.                                Year 20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

HUGH O'KANE ELECTRIC CO., LLC,

                              Plaintiff,

        -against-

GFG CONSTRUCTION CORP. d/b/a
BUILDERS GROUP LLC et al.,

                              Defendants.

---

### NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

---

**DANIEL GAMMERMAN, ESQ.**

*Attorney for* Plaintiff

6800 JERICHO TURNPIKE
SUITE 110W
SYOSSET, NEW YORK 11791
TEL. (516) 921-5600
FAX (516) 921-5666

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:*..........................................    Signature..................................................................................

                                                Print Signer's Name.....................................................................

---

*Service of a copy of the within*                                                                                     *is hereby admitted.*

*Dated:*

                                         ..................................................................
                                         *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on             20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the
Hon.                                         one of the judges of the within named Court,
at
on                       20    , at          M.

*Check Applicable Box*

*Dated:*

                                                             **DANIEL GAMMERMAN, ESQ.**

                                   *Attorney for*

6800 JERICHO TURNPIKE
SUITE 110W
SYOSSET, NEW YORK 11791
TEL. (516) 921-5600
FAX (516) 921-5666

*To:*



Scott Silberfein, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174

RECEIVED
DEC 1 9 2005
MOSES & SINGER LLP
ADDRESSED TO: _____
RECEIVED BY: _____

received 12/19/05

1017440001

DANIEL GAMMERMAN
ATTORNEY AT LAW
6800 JERICHO TURNPIKE
SUITE 110W
SYOSSET, NEW YORK 11791