1

2      SUPREME COURT OF THE STATE OF NEW YORK
       COUNTY OF NEW YORK
3      ---------------------------------------X
       HUGH O'KANE ELECTRIC CO., INC.,
4
                                Plaintiff,
5

6                    -against-

7

8      GJF CONSTRUCTION CORP., d/b/a
       BUILDERS GROUP, LLC, d/b/a BUILDERS
       GROUP TECHNOLOGIES and WESTSIDE
9      OF NY LIFE,

10                              Defendants.
       ---------------------------------------X
11

12

13
                              405 Lexington Avenue
14                            New York, New York

15                            February 1, 2006
                              4:05 p.m.
16

17

18

19              TELEPHONIC DEPOSITION of

20     ROBERT BACHMEIER, a Non-party witness herein,

21     taken by the Plaintiff, pursuant to Agreement,

22     held at the above-mentioned time and place,

23     before Peter Boccard, a Notary Public of the

24     State of New York.

25

1

2                    A P P E A R A N C E S :

3


4       DANIEL GAMMERMAN, ESQ.
                  Attorneys for Plaintiff
5                 6800 Jericho Turnpike, Suite 110W
                  Syosset, New York 11791
6


7

        MOSES & SINGER, L.L.P.
8                 Attorneys for Defendants
                  405 Lexington Avenue
9                 New York, New York 10174
          BY:   SCOTT E. SILBERFEIN, ESQ.
10

11


12      ALSO PRESENT:

13          Martin Steinberg, Esq. (Via Telephone)

14          Isaac Starshefsky

15

16                        -oOo-
17

18

19

20

21

22

23

24

25

3

1

2

## S T I P U L A T I O N S

3

4

5

6          IT IS HEREBY STIPULATED AND

7   AGREED by and among the attorneys for the

8   respective parties hereto as follows:

9          THAT certification and filing be

10  and the same hereby are waived;

11          THAT all objections except as to

12  the form of the question are reserved to the

13  time of trial;

14          THAT the witness may subscribe

15  and swear to their testimony before any

16  Notary Public with the same force and effect

17  as though sworn to before a Justice of this

18  Court.

19

20

21                  -oOo-

22

23

24

25

1

2          MR. GAMMERMAN:  Would you please

3     premark this group of documents as Qwest

4     Exhibit 1.

5               (The above-mentioned record

6     was marked as Qwest Exhibit 1 for

7     identification.)

8          MR. GAMMERMAN:  And would you

9     please mark this as Qwest Exhibit 2.

10              (The above-mentioned record

11    was marked as Qwest Exhibit 2 for

12    identification.)

13                    -oOo-

14  R O B E R T    B A C H M E I E R,

15              having been first duly sworn by

16              a Notary Public of the State of

17              New York, was examined and

18              testified as follows:

19  EXAMINATION BY MR. GAMMERMAN:

20      Q      State your name and address for

21  the record, please.

22      A      Robert Bachmeier, 4650 Lake Hurst

23  Court, Dublin, Ohio 43016.

24      Q      Good afternoon, Mr. Bachmeier.

25  My name is Daniel Gammerman.  I represent the

```
 1                        Bachmeier
 2    plaintiff, Hugh O'Kane, L.L.C., in an action
 3    it brought against, and I will call all the
 4    defendants by the name Builders Group.
 5                   Just so you and your counsel
 6    know, we have marked as Qwest Exhibit 1 all
 7    of the documents which were produced in
 8    response to the subpoena and there are 74 in
 9    all.
10                   Also, we have marked as Qwest
11    Exhibit 2 a copy of the subpoena which was
12    addressed to Qwest Communications.
13                   I don't think I am going to
14    have any other documents to mark and I will
15    proceed to ask you questions now.
16         A        Okay.
17         Q        If at any time your attorney
18    interposes an objection, please do not answer
19    until we clear up his objection.  And if
20    there's any question I ask you that you don't
21    understand, please let me know so that I can
22    rephrase it and so that we all understand the
23    question.
24                   Is that okay?
25         A        Okay.
```

1                           Bachmeier

2            Q         Very briefly, can you tell me

3    what your position is today with Qwest?

4            A         I am a project manager.

5            Q         How long have you been a project

6    manager?

7            A         For approximately seven years.

8            Q         What is your familiarity with

9    the project at 60 Hudson Street?

10                     Were you a project manager in

11   connection with that job?

12           A         No, I was not.

13           Q         Are you the person at Qwest who

14   has the most knowledge with respect to the 60

15   Hudson Street job?

16           A         I believe so.  I would have to

17   do more research.  There may be others.  I am

18   not sure.

19           Q         When you say more research, are

20   you referring to the documents forwarded by

21   the subpoena?

22           A         The subpoena that was issued.

23           Q         And the result of which is the

24   documents that were sent, the 74 pages?

25           A         Yes.

1                          Bachmeier

2         Q        I would like to direct your

3   attention to pages 17 through 28.

4         A        Okay.

5         Q        I would ask you if those pages

6   go together as one document or if those pages

7   are separate documents.

8         A        I am sorry, 17 through what page?

9         Q        Through 28.

10        A        They do go together but I would

11  say there's others, some of the attachments

12  thereafter.

13        Q        Would it be fair to say that 17

14  through 28 constitutes perhaps the original

15  job or the original scope of work?

16                 MR. SILBERFEIN:  Note my

17        objection.

18        A        They would constitute part of

19  the original contract.

20        Q        What other documents in this

21  production would also constitute the original

22  contract?

23        A        There would be the master

24  contract which is referenced on the first

25  page.

1                          Bachmeier

2          Q          Anything else?

3          A          Attachment number five, page 29

4    would be part of it.  Attachment number six,

5    page 30 would be part of it, as well as

6    appendix A, Qwest page 31, Qwest page 32,

7    Qwest page 33, 34, Qwest page 35, Qwest page

8    36, 37, Qwest page 38, 39, page 40.

9          Q          Is that it or are you looking at

10   the other pages?

11         A          I am looking at the other ones.

12                     It appears Qwest page 41 through

13   Qwest page 61 would also be a part of it, but

14   without having the original in my hand I

15   wouldn't be able to confirm that.

16         Q          Would you please look at pages

17   14 through 16.

18         A          Okay.

19         Q          Was that the first change order

20   in connection with this job?

21         A          It appears as per the records it

22   is.

23         Q          Looking at page 14, contract

24   number 008349, is that a Qwest contract

25   number?

1                          Bachmeier

2          A       It is.

3          Q       And looking at document 13, is

4    that the second change order?

5          A       It is.  I don't have the

6    originals in front of me.  I have copies, so

7    I don't know if there are attachments to this

8    or not, the first page of the second change

9    orders.

10         Q       What we have is page one of one

11   at the bottom and it is dated January 18th,

12   2001.

13         A       Yes.

14         Q       Is the next change order shown

15   by documents eight through 12?

16         A       Yes, it is.

17         Q       Is the next change order shown

18   by documents five through seven?

19         A       Yes, it is.

20         Q       And is the next change order

21   shown by documents one through four?

22         A       Yes, it is.

23         Q       As far as you know, are there

24   any other change orders in connection with

25   this 60 Hudson Street project?

1                           Bachmeier

2          A          Based on my review of the file I

3     haven't found any.

4          Q          Would you please look at

5     documents 65 through 67.

6          A          Okay.

7          Q          Document 65 is a letter dated

8     December 11th, 2002 from Robert Townsley.

9                     Was he the project manager at

10    the time he signed this letter?

11         A          He was the project manager at

12    the time this letter was signed.  He wasn't

13    the original project manager, though.

14         Q          But he was the project manager

15    in December of '02?

16         A          Yes.

17         Q          There are two fax cover sheets;

18    document 66 is dated December 11th of '02,

19    and when you were reviewing the file, this

20    fax cover sheet, was it attached to or

21    annexed to document 65?

22         A          It was attached to.

23         Q          What about document 67?  Was

24    that also attached to it?

25         A          That was also attached to it,

1                    Bachmeier
2       yes.
3          Q       By looking at the top of
4       document 67, is that a reference as to the
5       date this document was faxed?
6          A       Without knowing how this fax
7       machine works, I couldn't say for sure.
8          Q       Let us look at documents 68
9       through 70.
10         A       Okay.
11         Q       It is a fax cover sheet with
12      copies of two checks.  Do you see that?
13         A       Correct.  Yes.
14         Q       Do you know what these payments
15      represent?
16         A       Based on the research I did
17      these payments represent the final retention
18      payment.
19         Q       Do you know if that was the
20      $162,827.09?
21         A       If that is what it adds up to
22      be, yes.
23         Q       Going back to document 65, did
24      your review of the files indicate whether
25      Qwest received any written response to this

```
 1                      Bachmeier
 2    letter from Builders Group?
 3         A        Based on my research I didn't
 4    find any.
 5         Q        And the number that is showing
 6    in the second paragraph of this letter is
 7    $62,169.19, and what does that represent?
 8         A        Give me a second here.
 9         Q        Sure.
10         A        I don't have that information in
11    front of me right now.  I don't know if I can
12    accurately answer that question.
13         Q        The fax cover sheet, which is
14    document number 70 --
15         A        Actually, you know what, can I
16    go back to that question?
17         Q        Okay.
18         A        That appears, based on the
19    research I have done, that is the difference,
20    that is the deductive change order from the
21    contracts which was included in the five
22    change orders minus the full value paid after
23    retention.
24         Q        The fax cover sheet which is
25    document 70, that is dated 8/21 and there's
```

1                           Bachmeier

2       no year on it.

3                    Do you know when that fax was

4       sent by Mr. Guerrero to Mr. Townsley?

5            A       It was actually sent to Guerrero

6       from Steve.  I don't know when that was,

7       though, the year.

8            Q       Would you please take a look at

9       document 71 and tell me what this is.

10                   First, 71, 72 and 73 may go

11      together, but you can answer separately if

12      you like.

13           A       They do go together as I found

14      them in the file, and it appears this is the

15      transmittal associated with the final lien

16      waiver that was sent to Qwest.

17           Q       When this lien waiver was sent

18      to Qwest, was this before or after the two

19      checks which are shown on Qwest document 68

20      and 69 were paid?

21           A       I wasn't the one in receipt of

22      it.  I don't know when it was actually

23      received.

24           Q       The lien waiver, is that

25      document 72 and 73?

1                    Bachmeier

2        A        Correct.

3        Q        In the top fourth of the lien

4    waiver it says project 00-322, electrical

5    work.  What does that mean?

6        A        I wasn't the one that filled it

7    out.  I don't know what the intent of that

8    was.

9        Q        If you will look at page 17, we

10   have project number, and it ends in 33019.

11                Do you see that?

12       A        Yes.

13       Q        And above that it says contract

14   order number 8349?

15       A        Yes.

16       Q        On document 72, it has, after

17   the words construction contract, 8349.

18                Do you see that?

19       A        Correct.

20       Q        Does this lien waiver apply to

21   what is shown by document number 17?

22       A        Yes.

23       Q        Now, the last document, which is

24   document 74, is a letter to you from Builders

25   Group?

1                        Bachmeier

2         A          Correct.

3         Q          Dated July 23rd, 2004.

4                    Did you receive that letter on

5    or about that time?

6         A          On or about that time, yes.

7         Q          After you received this letter,

8    what, if anything, did you do?

9         A          I would have forwarded this

10   to our accounts payable group to do some

11   research.

12        Q          And did you do that?

13        A          I did.

14        Q          And did you ever hear from the

15   accounts payable group?

16        A          I did.

17        Q          And what did they tell you?

18        A          They told me that the contract

19   was paid in full, the final lien release was

20   received and the contract was closed.

21        Q          Did they tell you that Qwest did

22   not owe any money to Builders Group?

23        A          For this contract, yes.

24        Q          And the letter which is document

25   74 appears to represent four contracts in

```
 1                         Bachmeier
 2      four contract amounts.
 3                   Do you see that?
 4          A        Correct.
 5          Q        Were there four separate
 6      contracts or was there one contract with four
 7      sub-parts?  What is your understanding of it?
 8          A        Without knowing what contract
 9      number each one of these references, I
10      wouldn't be able to answer that.
11                   I could make assumptions, but
12      that is not fair unless I have the real
13      numbers in front of me.
14          Q        But when you spoke to accounts
15      receivable, what did you ask them to
16      determine?
17                   MR. SILBERFEIN:  Note my
18             objection.
19          A        Was that an objection up there?
20          Q        That wasn't Mr. Steinberg.  You
21      can answer the question.
22          A        Okay.  I asked them to review
23      our contract with Builders Group based on
24      this letter.
25          Q        And they came back and told you
```

1                      Bachmeier
2       it was paid in full?
3           A       Our contract was paid in full,
4       yes.
5                      MR. GAMMERMAN:  I have nothing
6               further.
7                      MR. SILBERFEIN:  I am going to
8               take two minutes, and then I will ask
9               some questions of you on behalf of
10              Builders Group.
11                     (Short recess taken.)
12                     MR. GAMMERMAN:  Just for the
13              record, also in attendance is Scott
14              Silberfein from Moses and Singer, who
15              represents the defendants in this
16              action, as well as a representative from
17              Builders Group, Isaac Stareshefsky.
18      EXAMINATION BY MR. SILBERFEIN:
19          Q       Mr. Bachmeier, my name is Scott
20      Silberfein and I am from the law firm of Moses
21      and Singer and we represent the defendants in
22      this lawsuit.
23                     I am also going to ask you
24      several questions today.  If you don't
25      understand any of my questions, please let me

1                          Bachmeier

2     know and I will try to rephrase them for you.

3          A        Okay.

4          Q        You previously testified that you

5     have been a project manager for approximately

6     seven years; is that correct?

7          A        Correct.

8          Q        How long have you been with

9     Qwest Communications?

10         A        About the same time, since June

11    of '98.

12         Q        In June of '98, in what locale

13    were you stationed?

14         A        My office was in Denver,

15    Colorado.

16         Q        When was the first time that you

17    learned of a project at 60 Hudson Street in

18    New York City?

19         A        In general terms of the project?

20         Q        Sure.

21         A        Probably in 1999, 2000.

22         Q        And at that time, what did you

23    learn about the project?

24         A        Just that it was a project.

25         Q        Were you involved in the

1                        Bachmeier

2      negotiation of the contract or contracts for

3      that project?

4            A        No.

5            Q        Were you familiar with, on a

6      day-to-day or weekly basis, with regard to

7      the work to be performed at that location?

8            A        No.

9            Q        Did you at that time review any

10     documents regarding the scope of work or the

11     work to be performed at that location?

12           A        No.

13           Q        Did you only learn that

14     information or review that documentation in

15     response to the subpoena served upon Qwest

16     Communications?

17           A        Yes.

18           Q        Do you remember the first time

19     that you saw any documentation with regard to

20     this contract and/or project?

21           A        I don't recall the exact time.

22           Q        Was it within the last 60 days?

23           A        Yes, at least.

24           Q        Did you speak to anyone at Qwest

25     Communications with regard to the production

1                        Bachmeier

2    of documents in response to the subpoena?

3                    MR. STEINBERG:  I want to

4        caution the witness that he can identify

5        he spoke to lawyers at Qwest but not

6        what was discussed in any way.

7                    MR. GAMMERMAN:  Just so it is

8        clear, I am not asking the witness to

9        disclose any of the substance of those

10       communications.

11   A        Can you repeat question?

12                   MR. SILBERFEIN:  Would you

13       please read it back.

14                   (Record read.)

15   A        Yes.

16   Q        By name, can you identify those

17   individuals without revealing the sum or

18   substance of any of your discussions?

19   A        Yes.

20   Q        Please list those individuals.

21   A        Well, Martin Steinberg.

22   Q        Was there anyone else?

23   A        Are we talking in writing or

24   phone conversations or just any type of

25   correspondence?

Bachmeier

 1        Q      Why don't we take in writing
 2 first.

             Did you discuss the subpoena
with anyone at Qwest in writing other than
Martin Steinberg?

        A        Yes.   Scott Updegraff.

        Q        Could you spell that for us?

        A        Let me pull it up here.   Hold on
a second.   U-P-D-E-G-R-A-F-F.   That is his
last name, Scott the first name.

        Q        Anyone else other than Scott
Updegraff in writing?

        A        Sharlene Plucheck.

        Q        Anyone else?

        A        Joanne Timmerman.

        Q        Anyone else?

        A        Roy Haverkamp.

        Q        Anyone else?

        A        Leslie Bayliff, B-A-Y-L-I-F-F.

        Q        Anyone else?

        A        That is all I can recall at this
time.

        Q        Are any of these individuals, in
addition to Mr. Steinberg, counsel to Qwest

```
 1                          Bachmeier
 2      or in the position of lawyer?
 3           A          I believe Roy Haverkamp, Leslie
 4      Bayliff are counsel or lawyers.  I don't know
 5      their exact title.
 6           Q          What is Mr. Updegraff's title?
 7           A          I can pull that up for you.
 8      Hold on.
 9                      He is a director of procurement.
10           Q          Do you know generally what his
11      job responsibilities are?
12           A          No.
13           Q          And what is Miss Plucheck's
14      title?
15           A          She is a lead buyer.
16           Q          Do you know what her general job
17      responsibilities are as a lead buyer?
18           A          No.
19           Q          How about Miss Timmerman's
20      position?
21           A          She is also counsel, I believe.
22                      Yes.  She is a paralegal, I
23      think.
24           Q          Are these individuals located in
25      Colorado?
```

1                          Bachmeier

2          A        I am not sure where they are all

3    located.

4          Q        Where are you located?

5          A        Dublin, Ohio.

6          Q        Did you speak or correspond with

7    anyone no longer employed by Qwest with regard

8    to this subpoena?

9          A        Yes.

10          Q        Who were those individuals or

11    individual?

12          A        Sandy Kehoe.

13          Q        Anyone else?

14          A        No.

15          Q        What was Sandy Kehoe's position

16    with Qwest Communications?

17          A        Accounts payable.

18          Q        When did she leave Qwest's

19    employ?

20          A        I don't know.

21          Q        Do you know if it was within the

22    last year?

23          A        No, I don't.

24          Q        Why did you reach out to Miss

25    Kehoe?

1                           Bachmeier

2          A        To help me locate the records

3    that were required for the subpoena.

4          Q        Did she help you locate them?

5          A        She did, yes.

6          Q        Did you have any discussions

7    with Miss Kehoe regarding the documents that

8    you were searching for?

9          A        Other than the location?

10         Q        Yes, other than the location.

11         A        Oh.  Not that I recall.

12         Q        Where did she tell you they were

13   located?

14         A        In our archives.

15         Q        And you knew how to access them

16   from the archives?

17         A        After speaking with her, yes.

18         Q        When you reviewed the documents

19   from the archives, did it contain more than

20   the 74 pages of documents that Qwest

21   Communications produced?

22         A        Yes.

23         Q        When you undertook your search

24   or review of these documents, did you review

25   documents relating to 60 Hudson Street, the

1                        Bachmeier
2        work to be performed at 60 Hudson Street?
3                        Was there more than one contract
4        involved?
5            A        Based on my research it appears
6        that there's more than one contract.
7            Q        Did you provide documents in
8        response to the subpoena on more than the one
9        contract?
10           A        No.  Not to my knowledge, no.
11           Q        How many other contracts
12       documents exist with regard to 60 Hudson
13       Street?
14           A        Without doing further research,
15       I don't know.
16           Q        Was it one other contract?
17           A        There was at least one other,
18       yes.
19           Q        Do you know if there were five
20       other contracts?
21           A        No, I don't.
22           Q        Did you at some point determine
23       that the other contracts were not responsive
24       to the subpoena served upon Qwest
25       Communications?

1                              Bachmeier

2          A        I don't understand that

3     question.  Can you repeat that, I guess.

4          Q        Sure.  I will rephrase it.

5                   Earlier you testified that you

6     only produced documents relative to one

7     contract at 60 Hudson Street; is that correct?

8          A        Correct.

9          Q        Why were documents not produced

10    with regard to the other contract or

11    contracts for 60 Hudson Street?

12         A        I don't have the subpoena in

13    front of me, but I believe it was referencing

14    just this contract and a specific project

15    number that Builders Group had assigned on

16    their side of the contract.

17         Q        I refer you to what has been

18    marked as exhibit Qwest number two, which is

19    a subpoena duces tecum.

20                  Do you have that document in

21    front of you?

22         A        I can get it in a second.

23         Q        Please.

24         A        Okay.  I have it.

25         Q        I believe in response to one of

1                      Bachmeier

2    my questions you mentioned that you thought

3    the subpoena might have had a project number

4    on it.

5                    Could you point me to where on

6    the subpoena duces tecum you remember seeing

7    such a project number?

8         A        Item A, item B, item C, all

9    list a number 00-322 as a start of an overall

10   invoice number, and that is typical of how it

11   appears Builders Group started their invoices,

12   with a project number on it.

13        Q        So, based upon your review of

14   the subpoena, the first five digits indicated

15   to you a project number designated by

16   Builders Group; is that correct?

17        A        Correct.

18        Q        If I was to tell you that the

19   sixth digit represented separate contracts

20   between Qwest and Builders Group, would you

21   be able to undertake an additional search for

22   documents relative to those contract numbers?

23        A        I think I would only be able to

24   do a search if you had a specific contract

25   number issued by Qwest.


EMPIRE REPORTING, INC.  -  (631) 385-9898

1                            Bachmeier

2        Q        When you undertook your search

3   of the documents, how many numbers of the

4   project number did you search for?  And if

5   you don't understand my question, you had

6   indicated earlier that the job number had

7   five digits.

8                 Did you ever undertake or see

9   any documents that would have had six digits

10  to identify the different contract numbers?

11       A        Not that I recall, but I am not

12  saying I didn't see it.

13       Q        At this time in this dispute

14  there are at issue four different contracts

15  at least that appear to be at issue between

16  Builders Group and Qwest, all starting with

17  the first five numbers of 00-322.

18       A        Okay.

19       Q        Then, the sixth digit would be a

20  one, a two, a three or a four, indicating the

21  four separate contracts.

22       A        Okay.

23       Q        It is our understanding that the

24  first contract would be for general design

25  work at 60 Hudson Street.

1          Bachmeier

2          Contract number two would be for

3    electrical work at 60 Hudson Street, which is

4    what I believe your documents are responsive

5    to.

6          A      Okay.

7          Q      Then there would be a contract

8    number three, which would be for enclosure

9    work at 60 Hudson Street, and contract number

10   four, for what was termed as miscellaneous

11   work at 60 Hudson Street.

12          What I would like to do at this

13   time is to call for the production of the

14   relevant documents for projects numbered

15   00-322, number one, 00-322, number three and

16   00-322, number four.  In case it was not

17   clear in the subpoena, those documents would

18   also be asked of Qwest to be produced with

19   regard to the subpoena.

20          A      Okay.

21          MR. STEINBERG:  First of all,

22      we will take that under consideration,

23      but the discovery cut-off has passed.

24          MR. SILBERFEIN:  But the

25      attorneys have agreed obviously today

1              Bachmeier
2    because we are taking a deposition of
3    the defendant.
4         MR. STEINBERG:  We didn't agree
5    to ongoing production.  We agreed to the
6    deposition.
7         You could have issued your own
8    subpoena if you felt that in any way
9    Mr. Gammerman's subpoena was deficient.
10        We came to an agreement as to
11   narrowing the scope of the subpoena.
12        You could have issued your own
13   subpoena if you felt that didn't meet
14   your needs.
15        MR. SILBERFEIN:  The subpoena
16   that was ultimately agreed upon between
17   you and Mr. Gammerman, which I was not
18   involved in, doesn't adequately request
19   documents relating to these additional
20   contracts.
21        Specifically, for example,
22   letter A, which Mr. Bachmeier referenced
23   before, has the digits of 00-322, number
24   three, and then letter B has 00-322,
25   number four.

Bachmeier

1

2          So, I do believe that the

3     subpoena adequately and specifically

4     requested documents relative to these

5     additional contracts.

6          MR. STEINBERG:  Right.  And you

7     received these documents, I assume,

8     because Mr. Gammerman did before the

9     discovery cut-off.

10          You could have come back to us

11     within that time saying that our

12     response in some way did not meet what

13     you felt was adequate instead of waiting

14     until the deposition, after the

15     discovery cut-off, to raise that issue.

16          MR. SILBERFEIN:  Respectfully,

17     again, sir, just because I may have

18     reviewed these documents before -- first

19     of all, I am not sure of the discovery

20     cut-off you are talking about as you are

21     not a party to this litigation.

22          But, be that as it may, I am

23     still entitled to inquire as to why you

24     didn't produce certain documents.

25          MR. STEINBERG:  I am not

1              Bachmeier
2    stopping you from asking that, but you
3    cannot impose on this witness an
4    obligation to produce further documents.
5            You can make that request, but
6    that does not mean we are going to honor
7    it if we feel it is for any reason not
8    appropriate.
9            MR. SILBERFEIN:  You are
10   entitled to your opinion, but the
11   subpoena requested you to produce these
12   documents already in which the witness
13   has just confirmed by his testimony.
14           MR. STEINBERG:  Right.  And he
15   said, his evaluation of the documents,
16   he determined in his mind that those
17   other documents were not necessarily
18   relevant to what was being sought.
19           It is possible it is a mistake
20   or whatever, but he was not the project
21   manager at the time.
22           You could have come back to
23   him and said, these documents are not
24   complete and we need these additional
25   documents.

1              Bachmeier

2         You sat on them and didn't.  I

3    mean, that is not our responsibility.

4    We are a third party.

5         MR. SILBERFEIN:  I understand

6    that, but I was not the one that was in

7    contact with you.

8         I did not issue the original

9    subpoena and I felt that the subpoena

10   did adequately request these documents.

11        I thought they may not exist

12   because you did not produce them, and

13   now, however, the witness has testified

14   that they may, in fact, exist.

15        He is not sure, so I have asked

16   for a search to be undertaken and for

17   them to be produced.

18        MR. STEINBERG:  You can ask.

19        Does your client or do you have

20   copy of these contracts?  I would assume

21   your client would have copies of these

22   contracts.

23        MR. SILBERFEIN:  That may be the

24   case, but even if I have copies of the

25   contracts, I am certainly entitled to

1                           Bachmeier

2        get copies from you.

3                MR. STEINBERG:  That is not

4        necessarily true since we are a third

5        party.

6                    The courts have held that if you

7        can obtain those documents from a party,

8        then you should not put the burden on a

9        third party to produce them and just

10       getting duplicate production is putting

11       a burden upon a third party that is not

12       necessary.

13               MR. SILBERFEIN:  That may be

14       for the contracts, and I understand your

15       point, but certainly not as to invoices

16       as listed in subsections A, B, C and D.

17       I am sorry, C, and then number two of

18       the subpoena.

19               MR. STEINBERG:  Right.  And do

20       you have those invoices?

21               MR. SILBERFEIN:  No.  They have

22       not all been produced during the

23       litigation, hence is why I subpoenaed.

24               MR. STEINBERG:  But the point is

25       you sat on the ability to enforce what

Bachmeier

1
2   you needed to obtain instead of relying
3   on Mr. Gammerman to do the job for you.
4       MR. SILBERFEIN:  They were
5   specifically requested in the subpoena,
6   sir.  They were not produced, and now I
7   have learned during the deposition that
8   they may actually exist.
9       MR. GAMMERMAN:  Let me just add,
10  we know the witness is on a tight
11  schedule.  I have a few follow-ups and I
12  don't know if Mr. Silberfein is done, so
13  why don't we agree that we have an open
14  issue and we discuss it tomorrow among
15  counsel to see if there's a way to
16  resolve it and produced with
17  Mr. Bachmeier's deposition.
18      MR. STEINBERG:  That's fine
19  with us.
20      MR. GAMMERMAN:  I mean,
21  Mr. Silberfein's request is on the
22  record, your response is on the record.
23      I would just suggest that we
24  proceed if he has any further questions.
25      I have a few follow-up, but I

1                       Bachmeier
2          want to wait until he is finished, and
3          then hopefully we will be done.
4     EXAMINATION CONTINUED BY MR. SILBERFEIN:
5          Q        Mr. Bachmeier, when you inquired
6     of accounts payable upon receiving the
7     July 23rd, 2004 letter from George Figliolia
8     which is marked as Qwest 74, did you inquire
9     of accounts payable if there were other
10    contracts between Qwest and Builders Group?
11         A        I don't recall.
12         Q        Do you remember if accounts
13    payable, in response to you, indicated that
14    there were other contracts between Qwest and
15    Builders Group?
16         A        I don't recall.
17         Q        Before today, were you aware
18    that there were four separate contract
19    numbers between Qwest and Builders Group?
20         A        I was aware there was more than
21    one.  I wasn't aware of a certain number.
22         Q        Did you believe that the
23    documents that you produced to us or in
24    response to the subpoena were relative to one
25    contract or more than one contract?

```
 1                        Bachmeier
 2          A        Can you repeat that?  I am
 3     sorry.
 4                   (Record read.)
 5          A        From my records, and just give
 6     me a second to review them, with the
 7     exception of Qwest document 74, from my brief
 8     review here, it looks like they are all part
 9     of one Qwest contract.
10                   I am not sure which contract, as
11     I stated before, Qwest documents they refer
12     to as they don't correspond to any of our
13     numbers.
14          Q        As project manager, are you
15     aware of projects to be performed that Qwest
16     is contracting for in other parts of the
17     United States other than, for example, now in
18     Dublin, Ohio?
19          A        With who?
20          Q        Any projects that Qwest
21     Communications is undertaking in other parts
22     of the United States.
23          A        Am I aware of any?
24          Q        Are you aware of any?
25          A        Yes.
```

1                          Bachmeier

2          Q          Generally, how do you become

3     aware of other projects that Qwest is

4     performing?

5          A          Through update meetings,

6     conversations with other project managers.

7          Q          Over the past three or so years,

8     are you aware of other projects that Qwest

9     has undertaken in and around the New York

10    City area?

11         A          In the last how many years?

12         Q          Approximately three.

13         A          Yes.

14         Q          Approximately how many projects

15    would you say that Qwest has undertaken in

16    the New York City area in the last three

17    years?

18         A          Without going back and adding

19    them up, I don't know.

20         Q          As an estimation, would you say

21    that there are more than 25 projects?

22         A          As an estimation, I would say

23    there's, depending how you define a project,

24    between 15 and 25.

25         Q          How do you define a project when

```
 1                     Bachmeier
 2    you give that number, just so we have the
 3    same understanding of what you mean?
 4          A        A project is a project number
 5    that would be generated in our system for a
 6    specific set of work at a specific site and
 7    may contain more than one contract.
 8          Q        Could a certain premises or
 9    location have more than one project number?
10          A        It may.
11                   MR. SILBERFEIN:  Subject to our
12          resolution of the outstanding document
13          request, I have no further questions
14          based upon the documents Qwest has
15          already produced.
16                   MR. STEINBERG:  Thank you.
17                   MR. GAMMERMAN:  I have a couple
18          of quick follow-ups.
19                   MR. STEINBERG:  Sure.
20    EXAMINATION BY MR. GAMMERMAN:
21          Q        Has anybody contacted you,
22    Mr. Bachmeier, from Builders Group in the
23    last six months?
24          A        Not that I recall.
25          Q        Have you received copies of
```

Bachmeier

1
2  e-mails from other Qwest employees, that
3  those employees received from Builders Group?
4      A       Yes.  I don't know if those
5  e-mails were within the last six months,
6  though.
7      Q       Do you know who those e-mails
8  were from at Builders Group?
9      A       Without going back and looking,
10  I don't recall.
11      Q       Other than document 74, you are
12  not aware of any other written request for
13  payment from Builders Group; is that correct?
14      A       There was a subsequent letter
15  with a larger balance that was from Builders
16  Group.  I don't know who it was to, without
17  going and finding it.  But this was the
18  latest request.
19      Q       The latest request being the
20  July 23rd of '04 request?
21      A       That is the latest I found in
22  my records and based on the research I have
23  done.
24      Q       With respect to the electrical
25  work at 60 Hudson Street, do you believe the

1                          Bachmeier

2       documents that you sent were responsive to

3       the subpoena?

4              A        Based on my interpretation of

5       the subpoena, yes.

6              Q        And with respect to the project

7       number 00-322, which is referenced in Qwest

8       document 74, when you sent this to Qwest

9       accounts receivable, is it your understanding

10      that they would have reviewed any contract

11      number, any balance allegedly due on any

12      contract number beginning with those digits?

13             A        I don't know what they use -- it

14      discusses project 322.

15                      Yes, I believe that is how they

16      would have done it, but I can't say without

17      personally asking them.

18             Q        Did they ever call you with any

19      questions about document 74?

20             A        No, other than the original

21      comment that I gave to you before, that they

22      were paid in full and that these final lien

23      waivers were issued.

24             Q        When you say they were paid in

25      full, what are you referring to?

```
 1                    Bachmeier
 2       A       That the contractor was paid in
 3    full.
 4       Q       And is it your belief that
 5    whoever looked at this in accounts receivable
 6    added up the payments, added up the invoices
 7    and made that determination?
 8               MR. SILBERFEIN:  Just note my
 9          objection.
10               How can the witness know what
11          accounts payable was thinking?
12               MR. GAMMERMAN:  He said he was
13          advised.
14               MR. SILBERFEIN:  He said he
15          believes.
16       Q       Mr. Bachmeier, in your
17    conversation with accounts payable, were you
18    given the understanding that they reviewed
19    the contracts under the 00-322 project number
20    and determined that no money was due?
21               MR. SILBERFEIN:  Note my
22          objection.
23       Q       You can answer.
24       A       Correct.
25               MR. GAMMERMAN:  I have nothing
```

```
 1                    Bachmeier

 2        further.

 3             MR. SILBERFEIN:  Thank you.

 4             MR. STEINBERG:  Thank you,

 5        gentlemen.

 6             (Time noted:  5:00 p.m.)

 7


 8


 9             _____
                      ROBERT BACHMEIER

10   Subscribed and sworn to before me
     this    day of            ,    .
11

12             _____
                      NOTARY PUBLIC

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                           Bachmeier

2                         I N D E X

3     EXAMINATION BY:                      PAGE

4     MR. GAMMERMAN:                  4 through 17
                                     39 through 42
5
      MR. SILBERFEIN:                17 through 39
6

7
         INFORMATION AND/OR DOCUMENTS REQUESTED
8     INFORMATION AND/OR DOCUMENTS          PAGE

9     REQUEST:  Provide copies of three
                other contracts             29-12
10

11
                    E X H I B I T S
12    QWEST
      EXHIBIT          DESCRIPTION         PAGE
13
         1      Document produced in response
14              to subpoena, 74 pages       4-5

15       2          Copy of subpoena        4-10

16

17

18                      -oOo-

19

20

21

22

23

24

25


              EMPIRE REPORTING, INC.  -  (631) 385-9898

```
 1                        Bachmeier
 2               C E R T I F I C A T E
 3
 4              I, PETER BOCCARD, a Notary
 5     Public within and for the State of New York,
 6     do hereby certify that the foregoing
 7     examination of ROBERT BACHMEIER was taken
 8     before me the 1st day of February, 2006.
 9              The said witness was by me duly
10     sworn before the commencement of their
11     testimony.  The said testimony was taken
12     stenographically by myself and then
13     transcribed.
14              The within transcript is a true
15     record of the said testimony.
16              I am not connected by blood or
17     marriage with any of the said parties, nor
18     interested directly or indirectly in the
19     matter in controversy, nor am I in the employ
20     of any of the counsel.
21              IN WITNESS WHEREOF, I have hereunto
22     set my hand this 14th day of February, 2006.
23
24
25                        _____
                                PETER BOCCARD
```

EMPIRE REPORTING, INC.  -  (631) 385-9898

## $

$162,827.09 - 11:20
$62,169.19 - 12:7

## '

'02 - 10:15, 10:18
'04 - 40:20
'98 - 18:11, 18:12

## 0

00-322 - 14:4, 27:9, 28:17, 29:15, 29:16, 30:23, 30:24, 41:7, 42:19
008349 - 8:24

## 1

1 - 1:15, 4:4, 4:6, 5:6, 44:13
10174 - 2:9
110w - 2:5
11791 - 2:5
11th - 10:8, 10:18
12 - 9:15
13 - 9:3
14 - 8:17, 8:23
14th - 45:22
15 - 38:24
16 - 8:17
17 - 7:3, 7:8, 7:13, 14:9, 14:21, 44:4, 44:5
18th - 9:11
1999 - 18:21
1st - 45:8

## 2

2 - 4:9, 4:11, 5:11, 44:15
2000 - 18:21
2001 - 9:12
2002 - 10:8
2004 - 15:3, 36:7
2006 - 1:15, 45:8, 45:22
23rd - 15:3, 36:7, 40:20
25 - 38:21, 38:24
28 - 7:3, 7:9, 7:14
29 - 8:3
29-12 - 44:9

## 3

30 - 8:5
31 - 8:6
32 - 8:6
322 - 41:14
33 - 8:7
33019 - 14:10
34 - 8:7
35 - 8:7
36 - 8:8
37 - 8:8
38 - 8:8
39 - 8:8, 44:4, 44:5

## 4

4 - 44:4
4-10 - 44:15
4-5 - 44:14
40 - 8:8
405 - 1:13, 2:8
41 - 8:12
42 - 44:4
43016 - 4:23
4650 - 4:22

4:05 - 1:15

## 5

5:00 - 43:6

## 6

60 - 6:9, 6:14, 9:25, 18:17, 19:22, 24:25, 25:2, 25:12, 26:7, 26:11, 28:25, 29:3, 29:9, 29:11, 40:25
61 - 8:13
65 - 10:5, 10:7, 10:21, 11:23
66 - 10:18
67 - 10:5, 10:23, 11:4
68 - 11:8, 13:19
6800 - 2:5
69 - 13:20

## 7

70 - 11:9, 12:14, 12:25
71 - 13:9, 13:10
72 - 13:10, 13:25, 14:16
73 - 13:10, 13:25
74 - 5:8, 6:24, 14:24, 15:25, 24:20, 36:8, 37:7, 40:11, 41:8, 41:19, 44:14

## 8

8/21 - 12:25
8349 - 14:14, 14:17

## A

ability - 34:25
able - 8:15, 16:10, 27:21, 27:23
above-mentioned - 1:22, 4:5, 4:10
access - 24:15
accounts - 15:10, 15:15, 16:14, 36:6, 36:9, 36:12, 41:9, 42:5, 42:11, 42:17
Accounts - 23:17
accurately - 12:12
action - 5:2, 17:16
add - 35:9
added - 42:6
adding - 38:18
addition - 21:25
additional - 27:21, 30:19, 31:5, 32:24
address - 4:20
addressed - 5:12
adds - 11:21
adequate - 31:13
adequately - 30:18, 31:3, 33:10
advised - 42:13
afternoon - 4:24
agree - 30:4, 35:13
Agreed - 3:7
agreed - 29:25, 30:5, 30:16
Agreement - 1:21
agreement - 30:10
allegedly - 41:11
amounts - 16:2
annexed - 10:21
answer - 5:18, 12:12, 13:11, 16:10, 16:21, 42:23
appear - 28:15
appendix - 8:6
apply - 14:20
appropriate - 32:8

## B

archives - 24:14, 24:16, 24:19
area - 38:10, 38:16
assigned - 26:15
associated - 13:15
assume - 31:7, 33:20
assumptions - 16:11
attached - 10:20, 10:22, 10:24, 10:25
Attachment - 8:3, 8:4
attachments - 7:11, 9:7
attendance - 17:13
attention - 7:3
attorney - 5:17
Attorneys - 2:4, 2:8
attorneys - 3:7, 29:25
Avenue - 1:13, 2:8
aware - 36:17, 36:20, 36:21, 37:15, 37:23, 37:24, 38:3, 38:8, 40:12

## B

Bachmeier - 1:20, 4:22, 4:24, 17:19, 30:22, 36:5, 39:22, 42:16, 43:9, 45:7
Bachmeier's - 35:17
balance - 40:15, 41:11
based - 12:18, 16:23, 27:13, 39:14, 40:22
Based - 10:2, 11:16, 12:3, 25:5, 41:4
basis - 19:6
Bayliff - 21:20, 22:4
become - 38:2
beginning - 41:12
behalf - 17:9
belief - 42:4
believes - 42:15
between - 27:20, 28:15, 30:16, 36:10, 36:14, 36:19, 38:24
blood - 45:16
Boccard - 1:23, 45:4, 45:25
bottom - 9:11
brief - 37:7
briefly - 6:2
brought - 5:3
Builders - 1:8, 5:4, 12:2, 14:24, 15:22, 16:23, 17:10, 17:17, 26:15, 27:17, 27:16, 27:20, 28:16, 36:10, 36:15, 36:19, 39:22, 40:3, 40:8, 40:13, 40:15
burden - 34:8, 34:11
buyer - 22:15, 22:17

## C

cannot - 32:3
case - 29:16, 33:24
caution - 20:4
certain - 31:24, 36:21, 39:8
certainly - 33:25, 34:15
certification - 3:9
certify - 45:6
change - 8:19, 9:4, 9:8, 9:14, 9:17, 9:20, 9:24, 12:20, 12:22
checks - 11:12, 13:19
City - 18:18, 38:10, 38:16
clear - 5:19, 20:8, 29:17
client - 33:19, 33:21
closed - 15:20
Co - 1:3
Colorado - 18:15, 22:25
commencement - 45:10

comment - 41:21
communications - 20:10
Communications - 5:12, 18:9, 19:16, 19:25, 23:16, 24:21, 25:25, 37:21
complete - 32:24
confirm - 8:15
confirmed - 32:13
connected - 45:16
connection - 6:11, 8:20, 9:24
consideration - 29:22
constitute - 7:18, 7:21
constitutes - 7:14
Construction - 1:7
construction - 14:17
contact - 33:7
contacted - 39:21
contain - 24:19, 39:7
Continued - 36:4
Contract - 29:2
contract - 7:19, 7:22, 7:24, 8:23, 8:24, 14:13, 14:17, 15:18, 15:20, 15:23, 16:2, 16:6, 16:8, 16:23, 17:3, 19:2, 19:20, 25:3, 25:6, 25:9, 25:16, 26:7, 26:10, 26:14, 26:16, 27:22, 27:24, 28:10, 28:24, 29:7, 29:9, 36:18, 36:25, 37:9, 37:10, 39:7, 41:10, 41:12
contracting - 37:16
contractor - 42:2
contracts - 12:21, 15:25, 16:6, 19:2, 25:11, 25:20, 25:23, 26:11, 27:19, 28:14, 28:21, 30:20, 31:5, 33:20, 33:22, 33:25, 34:14, 36:10, 36:14, 42:19, 44:9
controversy - 45:19
conversation - 42:17
conversations - 20:24, 38:6
copies - 9:6, 11:12, 33:21, 33:24, 34:2, 39:25, 44:9
copy - 5:11, 33:20
Copy - 44:15
Corp - 1:7
correct - 18:6, 26:7, 27:16, 40:13
Correct - 11:13, 14:2, 14:19, 15:2, 16:4, 18:7, 26:8, 27:17, 42:24
correspond - 23:6, 37:12
correspondence - 20:25
counsel - 5:5, 21:25, 22:4, 22:21, 23:15, 45:20
County - 1:2
couple - 39:17
Court - 1:2, 3:18, 4:23
courts - 34:6
cover - 10:17, 10:20, 11:11, 12:13, 12:24
cut - 29:23, 31:9, 31:15, 31:20
cut-off - 29:23, 31:9, 31:15, 31:20

## D

d/b/a - 1:7, 1:8
Daniel - 2:4, 4:25
date - 11:5
dated - 9:11, 10:7, 10:18, 12:25
Dated - 15:3
day-to-day - 19:6
days - 19:22
December - 10:8, 10:15,

10:18
  deductive - 12:20
  defendant - 30:3
  defendants - 5:4, 17:15, 17:21
  Defendants - 1:10, 2:8
  deficient - 30:9
  define - 38:23, 38:25
  Denver - 18:14
  Deposition - 1:19
  deposition - 30:2, 30:6, 31:14, 35:7, 35:17
  Description - 44:12
  design - 28:24
  designated - 27:15
  determination - 42:7
  determine - 16:16, 25:22
  determined - 32:16, 42:20
  difference - 12:19
  different - 28:10, 28:14
  digit - 27:19, 28:19
  digits - 27:14, 28:7, 28:9, 30:23, 41:12
  direct - 7:2
  directly - 45:18
  director - 22:9
  disclose - 20:9
  discovery - 29:23, 31:9, 31:15, 31:19
  discuss - 21:4, 35:14
  discussed - 20:6
  discusses - 41:14
  discussions - 20:18, 24:6
  dispute - 28:13
  Document - 10:7, 44:13
  document - 7:6, 9:3, 10:18, 10:21, 10:23, 11:4, 11:5, 11:23, 12:14, 12:25, 13:9, 13:19, 13:25, 14:16, 14:21, 14:23, 14:24, 15:24, 26:20, 37:7, 39:12, 40:11, 41:8, 41:19
  documentation - 19:14, 19:19
  Documents - 44:7, 44:8
  documents - 4:3, 5:7, 5:14, 6:20, 6:24, 7:7, 7:20, 9:15, 9:18, 9:21, 10:5, 11:8, 19:10, 20:2, 24:7, 24:18, 24:20, 24:24, 24:25, 25:7, 25:12, 26:6, 26:9, 27:22, 28:3, 28:9, 29:4, 29:14, 29:17, 30:19, 31:4, 31:7, 31:18, 31:24, 32:4, 32:12, 32:15, 32:17, 32:23, 32:25, 33:10, 34:7, 36:23, 37:11, 39:14, 41:2
  done - 12:19, 35:12, 36:3, 40:23, 41:16
  Dublin - 4:23, 23:5, 37:18
  duces - 26:19, 27:6
  due - 41:11, 42:20
  duly - 4:15, 45:9
  duplicate - 34:10
  during - 34:22, 35:7

E

  e-mails - 40:2, 40:5, 40:7
  effect - 3:16
  eight - 9:15
  Electric - 1:3
  electrical - 14:4, 29:3, 40:24
  employ - 23:19, 45:19
  employed - 23:7
  employees - 40:2, 40:3
  enclosure - 29:8
  ends - 14:10

  enforce - 34:25
  entitled - 31:23, 32:10, 33:25
  Esq - 2:4, 2:9, 2:13
  estimation - 38:20, 38:22
  evaluation - 32:15
  exact - 19:21, 22:5
  Examination - 4:19, 17:18, 36:4, 39:20, 44:3
  examination - 45:7
  examined - 4:17
  example - 30:21, 37:17
  except - 3:11
  exception - 37:7
  Exhibit - 4:4, 4:6, 4:9, 4:11, 5:6, 5:11, 44:12
  exhibit - 26:18
  exist - 25:12, 33:11, 33:14, 35:8

F

  fact - 33:14
  fair - 7:13, 16:12
  familiar - 19:5
  familiarity - 6:8
  far - 9:23
  fax - 10:17, 10:20, 11:6, 11:11, 12:13, 12:24, 13:3
  faxed - 11:5
  February - 1:15, 45:8, 45:22
  felt - 30:8, 30:13, 31:13, 33:9
  few - 35:11, 35:25
  Figliolia - 36:7
  file - 10:2, 10:19, 13:14
  files - 11:24
  filing - 3:9
  filled - 14:6
  final - 11:17, 13:15, 15:19, 41:22
  fine - 35:18
  finished - 36:2
  firm - 17:20
  first - 4:15, 7:24, 8:19, 9:8, 18:16, 19:18, 21:3, 21:11, 27:14, 28:17, 28:24, 31:18
  First- 13:10, 29:21
  five - 8:3, 9:18, 12:21, 25:19, 27:14, 28:7, 28:17
  follow - 35:11, 35:25, 39:18
  follow-up - 35:25
  follow-ups - 35:11, 39:18
  follows - 3:8, 4:18
  force - 31:16
  foregoing - 45:6
  form - 3:12
  forwarded - 6:20, 15:9
  four - 9:21, 15:25, 16:2, 16:5, 16:6, 28:14, 28:20, 28:21, 29:10, 29:16, 30:25, 36:18
  fourth - 14:3
  front - 9:6, 12:11, 16:13, 26:13, 26:21
  full - 12:22, 15:19, 17:2, 17:3, 41:22, 41:25, 42:3

G

  Gammerman - 2:4, 4:2, 4:8, 4:19, 4:25, 17:5, 17:12, 20:7, 30:17, 31:8, 35:3, 35:9, 35:20, 39:17, 39:20, 42:12, 42:25, 44:4
  Gammerman's- 30:9
  general - 18:19, 22:16,

28:24
  generally - 22:10
  Generally- 38:2
  generated - 39:5
  gentlemen - 36:7
  George- 36:7
  given - 42:18
  Gjf- 1:7
  group - 4:3, 15:10, 15:15
  Group- 1:8, 5:4, 12:2, 14:25, 15:22, 16:23, 17:10, 17:17, 26:15, 27:11, 27:16, 27:20, 28:16, 36:10, 36:15, 36:19, 39:22, 40:3, 40:8, 40:13, 40:16
  Guerrero- 13:4, 13:5
  guess- 26:3

H

  hand- 8:14, 45:22
  Haverkamp- 21:18, 22:3
  hear - 15:14
  held - 1:22, 34:6
  help - 24:2, 24:4
  hence - 34:23
  Hereby- 3:6
  hereby - 3:10, 45:6
  herein - 1:20
  hereto - 3:8
  hereunto - 45:21
  Hold - 21:9, 22:8
  honor - 32:6
  hopefully - 36:3
  Hudson - 6:9, 6:15, 9:25, 18:17, 24:25, 25:2, 25:12, 26:7, 26:11, 28:25, 29:3, 29:9, 29:11, 40:25
  Hugh - 1:3, 5:2
  Hurst - 4:22

I

  identification - 4:7, 4:12
  identify - 20:4, 20:16, 28:10
  impose - 32:3
  Inc - 1:3
  included - 12:21
  indicate - 11:24
  indicated - 27:14, 28:6, 36:13
  indicating - 28:20
  indirectly - 45:18
  individual - 23:11
  individuals - 20:17, 20:20, 21:24, 22:24, 23:10
  Information - 44:7, 44:8
  information - 12:10, 19:14
  inquire - 31:23, 36:8
  inquired - 36:5
  instead - 31:13, 35:2
  intent - 14:7
  interested - 45:18
  interposes - 5:18
  interpretation - 41:4
  invoice - 27:10
  invoices - 27:11, 34:15, 34:20, 42:6
  involved - 18:25, 25:4, 30:18
  Isaac - 2:14, 17:17
  issue - 28:14, 28:15, 31:15, 33:8, 35:14
  issued - 6:22, 27:25, 30:7, 30:12, 41:23
  Item - 27:8
  item - 27:8

J

  January- 9:11
  Jericho- 2:5
  Joanne- 21:16
  job - 6:11, 6:15, 7:15, 8:20, 22:11, 22:16, 28:6, 35:3
  July- 15:3, 36:7, 40:20
  June- 18:10, 18:12
  Justice- 3:17

K

  Kehoe- 23:12, 23:25, 24:7
  Kehoe's- 23:15
  knowing - 11:6, 16:8
  knowledge - 6:14, 25:10

L

  Lake- 4:22
  larger - 40:15
  last - 14:23, 19:22, 21:11, 23:22, 38:11, 38:16, 39:23, 40:5
  latest - 40:18, 40:19, 40:21
  law - 17:20
  lawsuit - 17:22
  lawyer - 22:2
  lawyers - 20:5, 22:4
  lead - 22:15, 22:17
  learn - 18:23, 19:13
  learned - 18:17, 35:7
  least - 19:23, 25:17, 28:15
  leave - 23:18
  Leslie- 21:20, 22:3
  letter - 10:7, 10:10, 10:12, 12:2, 12:6, 14:24, 15:4, 15:7, 15:24, 16:24, 30:22, 30:24, 36:7, 40:14
  Lexington - 1:13, 2:8
  lie - 13:15, 13:17, 13:24, 14:3, 14:3, 14:20, 15:19, 41:22
  Life- 1:9
  list - 20:20, 27:9
  listed - 34:16
  litigation - 31:21, 34:23
  Lic- 1:8, 5:2
  Llp- 2:7
  locale - 18:12
  locate - 24:2, 24:4
  located - 22:24, 23:3, 23:4, 24:13
  location - 19:7, 19:11, 24:9, 24:10, 39:9
  look - 8:16, 10:4, 11:8, 13:8, 14:9
  looked - 42:5
  looking - 8:9, 8:11, 9:3, 11:3, 40:9
  Looking- 8:23
  looks - 37:8

M

  machine - 11:7
  mails - 40:2, 40:5, 40:7
  manager - 6:4, 6:6, 6:10, 10:9, 10:11, 10:13, 10:14, 18:5, 32:21, 37:14
  managers - 38:6
  mark - 4:9, 5:14
  marked - 4:6, 4:11, 5:6, 5:10, 26:18, 36:8
  marriage - 45:17
  Martin - 2:13, 20:21, 21:6
  master - 7:23
  matter - 45:19

mean - 14:5, 32:6, 33:3, 35:20, 39:3
meet - 30:13, 31:12
meetings - 38:5
mentioned - 1:22, 4:5, 4:10, 27:2
might - 27:3
mind - 32:16
minus - 12:22
minutes - 17:8
miscellaneous - 29:10
Miss - 22:13, 22:19, 23:24, 24:7
mistake - 32:19
money - 15:22, 42:20
months - 39:23, 40:5
Moses - 2:7, 17:14, 17:20
most - 6:14

**N**

name - 4:20, 4:25, 5:4, 17:19, 20:16, 21:11
narrowing - 30:11
necessarily - 32:17, 34:4
necessary - 34:12
need - 32:24
needed - 35:2
needs - 30:14
negotiation - 19:2
New - 1:2, 1:14, 1:24, 2:5, 2:9, 4:17, 18:18, 38:9, 38:16, 45:5
next - 9:14, 9:17, 9:20
Non - 1:20
Non-party - 1:20
Notary - 1:23, 3:16, 4:16, 43:12, 45:4
Note - 7:16, 16:17, 42:21
note - 42:8
noted - 43:6
nothing - 17:5, 42:25
number - 8:3, 8:4, 8:24, 8:25, 12:5, 12:14, 14:10, 14:14, 14:21, 16:9, 26:15, 26:18, 27:3, 27:7, 27:9, 27:10, 27:12, 27:15, 27:25, 28:4, 28:6, 29:2, 29:8, 29:9, 29:15, 29:16, 30:23, 30:25, 34:17, 36:21, 39:2, 39:4, 39:9, 41:7, 41:11, 41:12, 42:19
numbered - 29:14
numbers - 16:13, 27:22, 28:3, 28:10, 28:17, 36:19, 37:13
Ny - 1:9

**O**

O'kane - 1:3, 5:2
objection - 5:18, 5:19, 7:17, 16:18, 16:19, 42:9, 42:22
objections - 3:11
obligation - 32:4
obtain - 34:7, 35:2
obviously - 29:25
office - 18:14
Ohio - 4:23, 23:5, 37:18
one - 7:6, 9:10, 9:21, 13:21, 14:6, 16:6, 16:9, 25:3, 25:6, 25:8, 25:16, 25:17, 26:6, 26:25, 28:20, 29:15, 33:6, 36:21, 36:24, 36:25, 37:9, 39:7, 39:9
ones - 8:11
ongoing - 30:5
ooo - 2:16, 3:21, 4:13,

44:18
open - 35:13
opinion - 32:10
order - 8:19, 9:4, 9:14, 9:17, 9:20, 12:20, 14:14
orders - 9:9, 9:24, 12:22
original - 7:14, 7:15, 7:19, 7:21, 8:14, 10:13, 33:8, 41:20
originals - 9:6
outstanding - 39:12
overall - 27:9
owe - 15:22
own - 30:7, 30:12

**P**

Page - 44:3, 44:8, 44:12
page - 7:8, 7:25, 8:3, 8:5, 8:6, 8:7, 8:8, 8:12, 8:13, 8:23, 9:8, 9:10, 14:9
pages - 6:24, 7:3, 7:5, 7:6, 8:10, 8:16, 24:20, 44:14
paid - 12:22, 13:20, 15:19, 17:2, 17:3, 41:22, 41:24, 42:2
paragraph - 12:6
paralegal - 22:22
part - 7:18, 8:4, 8:5, 8:13, 37:8
parties - 3:8, 45:17
parts - 16:7, 37:16, 37:21
party - 1:20, 31:21, 33:4, 34:5, 34:7, 34:9, 34:11
passed - 29:23
past - 38:7
payable - 15:10, 15:15, 23:17, 36:6, 36:9, 36:13, 42:11, 42:17
payment - 11:18, 40:13
payments - 11:14, 11:17, 42:6
per - 8:21
performed - 19:7, 19:11, 25:2, 37:15
performing - 38:4
perhaps - 7:14
person - 6:13
personally - 41:17
Peter - 1:23, 45:4, 45:25
phone - 20:24
place - 1:22
plaintiff - 5:2
Plaintiff - 1:4, 1:21, 2:4
Plucheck - 21:14
Plucheck's - 22:13
Pm - 1:15, 43:6
point - 25:22, 27:5, 34:15, 34:24
position - 6:3, 22:2, 22:20, 23:15
possible - 32:19
premark - 4:3
premises - 39:8
Present - 2:12
previously - 18:4
proceed - 5:15, 35:24
procurement - 22:9
produce - 31:24, 32:4, 32:11, 33:12, 34:9
produced - 5:7, 24:21, 26:6, 26:9, 29:18, 33:17, 34:22, 35:6, 35:16, 36:23, 39:15, 44:13
production - 7:21, 19:25, 29:13, 30:5, 34:10
project - 6:4, 6:5, 6:9, 6:10, 9:25, 10:9, 10:11, 10:13, 10:14, 14:4, 14:10,

18:5, 18:17, 18:19, 18:23, 18:24, 19:3, 19:20, 26:14, 27:3, 27:7, 27:12, 27:15, 28:4, 32:20, 37:14, 38:6, 38:23, 38:25, 39:4, 39:9, 41:6, 41:14, 42:19
projects - 29:14, 37:15, 37:20, 38:3, 38:8, 38:14, 38:21
Provide - 44:9
provide - 25:7
Public - 1:23, 3:16, 4:16, 43:12, 45:5
pull - 21:9, 22:7
pursuant - 1:21
put - 34:8
putting - 34:10

**Q**

questions - 5:15, 17:9, 17:24, 17:25, 27:2, 35:24, 39:13, 41:19
quick - 30:18
Qwest - 4:3, 4:6, 4:9, 4:11, 5:6, 5:10, 5:12, 6:3, 6:13, 8:6, 8:7, 8:8, 8:12, 8:13, 8:24, 11:25, 13:16, 13:18, 13:19, 15:21, 18:9, 19:15, 19:24, 20:5, 21:5, 21:25, 23:7, 23:16, 24:20, 25:24, 26:18, 27:20, 27:25, 28:16, 29:18, 36:8, 36:10, 36:14, 36:19, 37:7, 37:9, 37:11, 37:15, 37:20, 38:3, 38:8, 38:15, 39:14, 40:2, 41:7, 41:8, 44:12
Qwest's - 23:18

**R**

raise - 31:15
reach - 23:24
read - 20:13, 20:14, 37:4
real - 16:12
reason - 32:7
receipt - 13:21
receivable - 16:15, 41:9, 42:5
receive - 15:4
received - 11:25, 13:23, 15:7, 15:20, 31:7, 39:25, 40:3
receiving - 36:6
recess - 17:11
record - 4:5, 4:10, 4:21, 17:13, 35:22, 45:15
Record- 20:14, 37:4
records - 8:21, 24:2, 37:5, 40:22
refer - 26:17, 37:11
reference - 11:4
referenced - 7:24, 30:22, 41:7
references - 16:9
referencing - 26:13
referring - 6:20, 41:25
regard - 19:6, 19:19, 19:25, 23:7, 25:12, 26:10, 29:19
regarding - 19:10, 24:7
relating - 24:5, 30:19
relative - 26:6, 27:22, 31:4, 36:24
release - 15:19
relevant - 29:14, 32:18
relying - 35:2
remember - 19:18, 27:6, 36:12

repeat - 20:11, 26:3, 37:2
rephrase - 5:22, 18:2, 26:4
represent - 4:25, 11:15, 11:17, 12:7, 15:25, 17:21
representative - 17:16
represented - 27:19
represents - 17:15
request - 30:18, 32:5, 33:10, 35:21, 39:13, 40:12, 40:18, 40:19, 40:20
Request- 44:9
requested - 31:4, 32:11, 35:5
Requested- 44:7
required - 24:3
research - 6:17, 6:19, 11:16, 12:3, 12:19, 15:11, 25:5, 25:14, 40:22
reserved - 3:12
resolution - 39:12
resolve - 35:16
respect - 6:14, 40:24, 41:6
Respectfully- 31:16
respective - 3:8
response - 5:8, 11:25, 19:15, 20:2, 25:8, 26:25, 31:12, 35:22, 36:13, 36:24, 44:13
responsibilities - 22:11, 22:17
responsibility - 33:3
responsive - 25:23, 29:4, 41:2
result - 6:23
retention - 11:17, 12:23
revealing - 20:17
review - 10:2, 11:24, 16:22, 19:9, 19:14, 24:24, 27:13, 37:6, 37:8
reviewed - 24:18, 31:18, 41:10, 42:18
reviewing - 10:19
Robert- 1:20, 4:22, 10:8, 43:9, 45:7
Roy- 21:18, 22:3

**S**

Sandy - 23:12, 23:15
sat - 33:2, 34:25
saw - 19:19
schedule - 35:11
scope - 7:15, 19:10, 30:11
Scott - 2:9, 17:13, 17:19, 21:7, 21:11, 21:12
search - 24:23, 27:21, 27:24, 28:2, 34:4, 33:16
searching - 24:8
second - 9:4, 9:8, 12:6, 12:8, 21:10, 26:22, 37:6
see - 11:12, 14:11, 14:18, 16:3, 28:8, 28:12, 35:15
seeing - 27:6
sent - 6:24, 13:4, 13:5, 13:16, 13:17, 41:2, 41:8
separate - 7:7, 16:5, 27:19, 28:21, 36:18
separately - 13:11
served - 19:15, 25:24
set - 39:6, 45:22
seven - 6:7, 9:18, 18:6
several - 17:24
Sharlene - 21:14
sheet - 10:20, 11:11, 12:13, 12:24
sheets - 10:17
Short - 17:11
showing - 12:5
shown - 9:14, 9:17, 9:21,

13:19, 14:21
  **side** - 26:16
  **signed** - 10:10, 10:12
**Silberfein** - 2:9, 7:16,
16:17, 17:7, 17:14, 17:18,
17:20, 20:12, 29:24, 30:15,
31:16, 32:9, 33:5, 33:23,
34:13, 34:21, 35:4, 35:12,
36:4, 39:11, 42:8, 42:14,
42:21, 43:3, 44:5
**Silberfein's** - 35:21
**Singer** - 2:7, 17:14, 17:21
**site** - 39:6
**six** - 8:4, 28:9, 39:23, 40:5
**sixth** - 27:19, 28:19
**sorry** - 7:8, 34:17, 37:3
**sought** - 32:18
**speaking** - 24:17
**specific** - 26:14, 27:24,
39:6
**Specifically** - 30:21
**specifically** - 31:3, 35:5
**spell** - 21:8
**Stareshefsky** - 17:17
**Starshefsky** - 2:14
**start** - 27:9
**started** - 27:11
**starting** - 28:16
**State** - 1:2, 1:24, 4:16,
4:20, 45:5
**States** - 37:17, 37:22
**stationed** - 18:13
**Steinberg** - 2:13, 16:20,
20:3, 20:21, 21:6, 21:25,
29:21, 30:4, 31:6, 31:25,
32:14, 33:18, 34:3, 34:19,
34:24, 35:18, 39:16, 39:19,
43:4
  **stenographically** - 45:12
**Steve** - 13:6
**still** - 31:23
**Stipulated** - 3:6
**stopping** - 32:2
**Street** - 6:9, 6:15, 9:25,
18:17, 24:25, 25:2, 25:13,
26:7, 26:11, 28:25, 29:3,
29:9, 29:11, 40:25
  **sub** - 16:7
  **sub-parts** - 16:7
  **Subject** - 39:11
  **subpoena** - 5:8, 5:11,
6:21, 6:22, 19:15, 20:2, 21:4,
23:8, 24:3, 25:8, 25:24,
26:12, 26:19, 27:3, 27:6,
27:14, 29:17, 29:19, 30:8,
30:9, 30:11, 30:13, 30:15,
31:3, 32:11, 33:9, 34:18,
35:5, 36:24, 41:3, 41:5,
44:14, 44:15
  **subpoenaed** - 34:23
  **subscribe** - 3:14
**Subscribed** - 43:10
**subsections** - 34:16
**subsequent** - 40:14
**substance** - 20:9, 20:18
**suggest** - 35:23
**Suite** - 2:5
**sum** - 20:17
**Supreme** - 1:2
**swear** - 3:15
**sworn** - 3:17, 4:15, 43:10,
45:10
**Syosset** - 2:5
**system** - 39:5

## T

**Technologies** - 1:8
**tecum** - 26:19, 27:6

**Telephone-** 2:13
**Telephonic-** 1:19
**termed** - 29:10
**terms** - 18:19
**testified** - 4:18, 18:4, 26:5,
33:13
  **testimony** - 3:15, 32:13,
45:11, 45:15
  **thereafter** - 7:12
  **thinking** - 42:11
**third** - 33:4, 34:4, 34:9,
34:11
  **three** - 28:20, 29:8, 29:15,
30:24, 38:7, 38:12, 38:16,
44:9
  **tight** - 35:10
**Timmerman-** 21:16
**Timmerman's-** 22:19
**title** - 22:5, 22:6, 22:14
**today** - 6:3, 17:24, 29:25,
36:17
  **together** - 7:6, 7:10, 13:11,
13:13
  **tomorrow** - 35:14
  **top** - 11:3, 14:3
**Townsley-** 10:8, 13:4
**transcribed** - 45:13
**transcript** - 45:14
**transmittal** - 13:15
**trial** - 3:13
**true** - 34:4, 45:14
**try** - 18:2
**Turnpike-** 2:5
**two** - 10:17, 11:12, 13:18,
17:8, 26:18, 28:20, 29:2,
34:17
  **type** - 20:24
  **typical** - 27:10

## U

**ultimately** - 30:16
**under** - 29:22, 42:19
**undertake** - 27:21, 28:8
**undertaken** - 33:16, 38:9,
38:15
  **undertaking** - 37:21
**undertook** - 24:23, 28:2
**United** - 37:17, 37:22
**unless** - 16:12
**up** - 5:19, 11:21, 16:19,
21:9, 22:7, 35:25, 38:19,
42:6
  **update** - 38:5
**Updegraff** - 21:7, 21:10,
21:13
  **Updegraff's-** 22:6
**ups** - 35:11, 39:18

## V

**value** - 12:22
**Via-** 2:13

## W

**wait** - 36:2
**waiting** - 31:13
**waived** - 3:10
**waiver** - 13:16, 13:17,
13:24, 14:4, 14:20
  **waivers** - 41:23
  **weekly** - 19:6
**Westside** - 1:8
**Whereof-** 45:21
  **witness** - 1:20, 3:14, 20:4,
20:8, 32:3, 32:12, 33:13,
35:10, 42:10, 45:9
**Witness-** 45:21

**words** - 14:17
**works** - 11:7
**writing** - 20:23, 21:2, 21:5,
21:13
  **written** - 11:25, 40:12

## Y

**year** - 13:2, 13:7, 23:22
**years** - 6:7, 18:6, 38:7,
38:11, 38:17
  **York** - 1:2, 1:14, 1:24, 2:5,
2:9, 4:17, 18:18, 38:9, 38:16,
45:5