USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
BUILDERS GROUP LLC, d/b/a BUILDERS  : Civil Action No.: 1:07-cv-5464(DAB)
GROUP TECHNOLOGIES,                 :
                                    :
                Plaintiff,          :        **ECF CASE**
                                    :
    -against-                       :
                                    :        **STIPULATION**
QWEST COMMUNICATIONS                :
CORPORATION,                        :
                                    :
                Defendant.          :
-------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1.  Defendant's time to serve and file a reply to plaintiff's opposition to the pending motion to stay the action and compel arbitration is hereby extended to Wednesday, November 28, 2007.

2.  This stipulation may be executed in counterparts and copies shall be deemed as originals.

Dated: New York, New York
       November 8, 2007

MOSES & SINGER LLP
*Attorneys for Plaintiff*

By: _____
    Henry J. Bergman
    Scott E. Silberfein (SS 1947)
    The Chrysler Building
    405 Lexington Avenue
    New York, New York 10174-1299
    (212) 554-7800

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendant*

By: _____
    Stephen R. Long (SL 4501)
    140 Broadway, 39th Floor
    New York, New York 10005
    (212) 248-3140

**SO ORDERED**

_____
DEBORAH A. BATTS   11/13/2007
UNITED STATES DISTRICT JUDGE