☙AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __New York__

---------------------------------X
BUILDERS GROUP LLC, d/b/a
BUILDERS GROUP TECHNOLOGIES,

              Plaintiff,

  -against-

QWEST COMMUNICATIONS CORPORATION,

              Defendant.
---------------------------------X

**APPEARANCE**

Case Number:  1:07-cv-5464 (DAB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Builders Group LLC, d/b/a Builders Group Technologies, Plaintiff

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/14/2007 | _(signature)_ |
| Date | Signature |
| | Scott E. Silberfein — SS-1947 |
| | Print Name — Bar Number |
| | Moses & Singer LLP, 405 Lexington Avenue |
| | Address |
| | New York — New York — 10174-1299 |
| | City — State — Zip Code |
| | (212) 554-7800 — (212) 554-7700 |
| | Phone Number — Fax Number |